OPINIONS PER CURIAM, ETC., MAY 18 AND
JUNE 1, 1908.

No. 221. FIRST NATIONAL BANK OF DECATUR, PLAINTIFF IN
ERROR, v. ALBERT G. HENRY. In error to the Supreme Court
of the State of Alabama. Argued April 30 and May 1, 1908.
Decided June 1, 1908. *Per Curiam.* Dismissed with costs
on the authority of *Missouri, Kansas & Texas Ry. Co. of Texas*
v. *Evans*, 175 U. S. 723; *Mason* v. *United States*, 136 U. S. 581;
*Eastland* v. *Jones*, Minor (Ala.), 275 (1824). See act of Febru-
ary 7, 1818, Toulmin's Digest, 448. *Mr. Edgar W. Godbey* and
*Mr. Hannis Taylor* for plaintiff in error. *Mr. Amos E. Goodhue*
for defendant in error.

No. 18. Original. *Ex parte:* IN THE MATTER OF THE PERTH
AMBOY DRY DOCK COMPANY, PETITIONER. Submitted May 4,
1908. Decided June 1, 1908. *Per Curiam.* Rule discharged
and petition dismissed without prejudice. *In re Rice*, 155
U. S. 396, 402; *In re N. Y. & Porto Rico Steamship Company*,
155 U. S. 523; *In re Alix*, 166 U. S. 136. *Mr. James D. Dew-
ell, Jr.*, for petitioner. *Mr. Charles R. Snyder* for respondent.

*Decisions on Petitions for Writs of Certiorari,
May 18 and June 1, 1908.*

No. 713. FULGENCIO SEGRERA ET AL., PETITIONERS, v. THE
STEAMSHIP FRI, ETC. May 18, 1908. Petition for a writ of
certiorari to the United States Circuit Court of Appeals for the
Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Arnold
Charles Weil* for petitioners. *Mr. Frederick M. Brown* for
respondents.